# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:09-cr-00240-17 |
| | ) | |
| v. | ) | |
| | ) | Judge Nixon |
| LEONARD BAUGH | ) | |

## ORDER

Pending before the Court is Defendant Leonard Baugh's Motion for Leave to Join and Adopt Certain Pretrial Motions ("Motion"). (Doc. No. 997.) Specifically, Defendant Baugh reasserts his Motion for Leave to Join and Adopt Certain Pretrial Motions of Defendant Paul McQuiddy ("Prior Motion") (Doc. No. 689), filed on October 12, 2011. Additionally, Defendant Baugh requests to join the following motions filed by Defendant Thomas Branum on March 20, 2012: Motion for Early Disclosure of Jencks Act Material and Disclosure of Government's Witness List and List of Exhibits (Doc. No. 969); Motion for Pretrial Designation of all Phone Calls that the Government Intends to be Used in Their Case-In-Chief (Doc. No. 970); Motion to Reveal Agreements and Unseal Plea Agreement(s) (Doc. No. 971); and Motion and Request for Disclosure of 404(b) Evidence (Doc. No.972). (Doc. No. 997.) Defendant Baugh also requests to join Defendant Lachaunti Williams's Motion for Co-Conspirator Statements and Memorandum in Support (Doc. Nos. 933-34), filed on February 17, 2012, and Defendant Monterius Pollard's Motion to Dismiss and Memorandums in Support (Doc. Nos. 649-51), filed on September 21, 2011. (Doc. No. 997.) All motions named in Defendant Baugh's Motion are currently pending before the Court except Defendant Baugh's Prior Motion.

The arguments made by Defendants Branum, Williams, and Pollard in their motions apply equally to Defendant Baugh. (*See* Doc. Nos.969-72, 933-34, 649-51.) However,

1

Defendant Baugh's Prior Motion was granted by the Court on September 25, 2012. (Doc. No. 1322.) Accordingly, the Court **GRANTS** the Motion with respect to motions filed by Defendants Branum, Williams, and Pollard (Doc. Nos. 969-72, 933-34, 649-51) and **MOOTS** the Motion with respect to Defendant Baugh's Prior Motion (Doc. No. 689).

It is so ORDERED.

Entered this the 2ⁿᵈ day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

2