IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-17 |
| v. ) | |
| ) | Judge Nixon |
| LEONARD BAUGH ) | |

### ORDER

Pending before the Court are Defendant Leonard Baugh's two Motions for Severance ("Motions"). (Doc. Nos. 502; 996.) At a hearing held on December 17, 2012, the Government verbally asserted that it has no objection to severing Mr. Baugh with respect only to the obstruction of justice counts with which he is charged (Counts 33–38). Mr. Baugh's Motions do not address Counts 33–38, and neither party has put forth any reasons for severing Mr. Baugh with respect only to Counts 33–38. Therefore the Court **SCHEDULES** a status hearing on the issue of severance on **January 4, 2013**, at **10:00 a.m.**

It is so ORDERED.

Entered this 21st day of December, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT