IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-17 |
| v. | ) | |
| | ) | Judge Nixon |
| LEONARD BAUGH | ) | |

**ORDER**

Pending before the Court is Defendant Leonard Baugh's Motion in Limine No. 2 ("Motion"), requesting that the Court prohibit the Government from introducing at trial a statement he gave to law enforcement on March 8, 2010, as well as other potential statements Mr. Baugh made to law enforcement that the Government has not disclosed, as required by Federal Rule of Criminal Procedure 16. (Doc. No.1736.) Mr. Baugh argues the Government failed to timely disclose the statement, and that the statement is inadmissible under Federal Rule of Evidence 404. (*Id.*) The Court heard arguments on the Motion on January 30, 2013, at which time the Government stated that it intends to offer Mr. Baugh's March 8, 2010, statement only to identify his voice.

Having considered the parties' arguments, the Court **GRANTS** the Motion to the extent that the Government may introduce only as much of Mr. Baugh's March 8, 2010, statement as is needed to identify his voice.

It is so ORDERED.

Entered this the 12<sup>r</sup> day of ~~January~~ February, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT