IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-17 |
| v. | ) | |
| | ) | Judge Nixon |
| LEONARD BAUGH | ) | |

## ORDER

Pending before the Court is Defendant Leonard Baugh's Motion to Unseal Docket Entries 1828–1833 ("Motion"), which pertains to six sealed, ex parte orders granting motions filed by Mr. Baugh. (Doc. No. 2110.) Mr. Baugh states that the purpose for sealing the orders is now moot and that the inmates named within the orders have requested the documents be unsealed. (*Id.*) The Court **GRANTS** the Motion (Doc. No. 2110) and **DIRECTS** the Clerk to unseal the orders (Doc. Nos. 1828–1833).

It is so ORDERED.

Entered this the 26th day of March, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT