IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-17 |
| v. ) | |
| ) | Judge Nixon |
| LEONARD BAUGH ) | |

## ORDER

Pending before the Court is Defendant Leonard Baugh's Motion to Extend the Deadline for Filing Post-Trial Motion for Judgment of Acquittal Notwithstanding the Verdict and Motion for New Trial ("Motion"). (Doc. No. 2148.) Mr. Baugh states that he intends to file a Motion for Judgment of Acquittal Notwithstanding the Verdict and a Motion for New Trial. (*Id.*) However, based on the duration of the trial and his counsel's need to tend to other pending matters, counsel requests the deadline be extended to April 30, 2013, so he may adequately prepare the motions. (*Id.*) Mr. Baugh's counsel represents that the Government has no objection to the extension. (*Id.*) The Motion (Doc. No. 2148) is **GRANTED**, the deadline for Mr. Baugh to file a Motion for Judgment of Acquittal Notwithstanding the Verdict and/or Motion for New Trial is extended to April 30, 2013.

It is so ORDERED.

Entered this the 11th day of April, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT