**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **No. 3:09-cr-00240-17** |
| **v.** ) | |
| ) | **Judge Nixon** |
| **LEONARD BAUGH** ) | |

## ORDER

On April 2, 2013, the jury in the above-captioned case announced it was unable to reach a verdict as to Counts 33–36 of the Ninth Superseding Indictment, at which time the Court declared a mistrial. (Doc. No. 2135.) The Court hereby **SCHEDULES** retrial of Counts 33–36 of the Ninth Superseding Indictment for **May 21, 2013**, at **9:00 a.m.**

It is so ORDERED.

Entered this ___16th___ day of April, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT