IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:09-cr-00240-17 |
| v. | ) |
| | ) Judge Nixon |
| LEONARD BAUGH | ) |

## ORDER

Pending before the Court is Defendant Leonard Baugh's Motion to File Jury Charge on ECF ("Motion"), requesting the Court order the Jury Charge from the trial in this case be docketed on the Electronic Document Filing System ("ECF"). (Doc. No. 2578.) The Government filed a Response taking no position on the Motion, but noting that it would be more accurate for Mr. Baugh to use the transcript of the Court's reading of the Jury Charge on the record, rather than the written charge. (Doc. No. 2579.)

Having considered the Motion, the Court finds it appropriate for Mr. Baugh to request a copy of the transcription of the Court's reading of the Jury Charge on the record, and then have the transcript filed on ECF. Accordingly, the Motion is **DENIED**.

It is so ORDERED.

Entered this the 25th day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT